IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Adamoski, Gary J

Printed: 5/6/08

Case Number: 07 B 14821
Judge: Goldgar, A. Benjamin
Filed: 8/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 25, 2008
Confirmed: November 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,750.00 |  |
| Secured: |  | 17,737.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,012.50 |
| Other Funds: |  | 0.00 |
| Totals: | 18,750.00 | 18,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,960.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 55,131.09 | 17,737.50 |
| 3. | Toyota Motor Credit Corporatio | Secured | 991.45 | 0.00 |
| 4. | Cook County Treasurer | Secured | 22,969.56 | 0.00 |
| 5. | Americredit Financial Ser Inc | Secured | 16,150.31 | 0.00 |
| 6. | Option One Mortgage Corp | Secured | 109,858.90 | 0.00 |
| 7. | Internal Revenue Service | Priority | 277.74 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 5,217.10 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 98.82 | 0.00 |
| 10. | Aspire Visa | Unsecured | 8,617.76 | 0.00 |
| 11. | First North American Nat Bk | Unsecured | 8,373.07 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 397.25 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,444.93 | 0.00 |
| 14. | Toyota Motor Credit Corporatio | Unsecured | 10.17 | 0.00 |
| 15. | New Millennium Bank | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| | | | $ 232,498.15 | $ 17,737.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,012.50 |
| | $ 1,012.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Adamoski, Gary J | Case Number: 07 B 14821 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/6/08 | Filed: 8/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

